AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | |
|---|---|
| NIKKI CHICHI GODWIN | ) |
| | ) |
| | ) |
| | ) |
| _Plaintiff(s)_ | ) |
| v. | ) |
| | ) |
| MORTGAGE CALCULATOR | ) |
| COMPANY LLC and | ) |
| NICHOLAS HIERSCHE | ) |
| | ) |
| _Defendant(s)_ | ) |

Civil Action No.   1:26-CV-20654

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_   Mortgage Calculator Company LLC
c/o Nicholas Hiersche, its Registered Agent
2125 Biscayne Blvd, 220
Miami, FL 33137

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Brian H. Pollock, Esq.
FairLaw Firm
135 San Lorenzo Avenue, Suite 770
Coral Gables, FL 33146
Tel: (305) 230-4884
brian@fairlawattorney.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date:   Feb 2, 2026

_s/ C. A. Weech_

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court