UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:26-CV-20654

NIKKI CHICHI GODWIN,

    Plaintiff,

vs.

MORTGAGE CALCULATOR
COMPANY LLC and
NICHOLAS HIERSCHE,

    Defendants.
_____/

## NOTICE OF APPEARANCE AS COUNSEL FOR PLAINTIFF

Patrick Brooks LaRou, Esq. of FairLaw Firm notifies the Court and all parties of his appearance in this action as counsel for Plaintiff, Nikki ChiChi Godwin, and requests that all pleadings, correspondence, and documents related to this matter be served on him at the below address / email address.

Respectfully submitted this 2nd day of February 2026,

                                     s/ Patrick Brooks LaRou
                                     Patrick Brooks LaRou, Esq.
                                     Florida Bar No. 1039018
                                     brooks@fairlawattorney.com
                                     FAIRLAW FIRM
                                     135 San Lorenzo Avenue, Suite 770
                                     Coral Gables, Florida 33146
                                     Telephone: (305) 230-4884
                                     *Counsel for Plaintiff*