UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:26-CV-20654-WILLIAMS/LETT

NIKKI CHICHI GODWIN,

    Plaintiff,

vs.

MORTGAGE CALCULATOR
COMPANY LLC and
NICHOLAS HIERSCHE,

    Defendants.
_____/

## NOTICE OF FILING WAIVERS OF SERVICE

Plaintiff, Nikki ChiChi Godwin, by and through undersigned counsel, hereby gives notice of filing the executed Waivers of Service of Summons pursuant to Federal Rule of Civil Procedure 4(d), executed by counsel for Defendants, Mortgage Calculator Company LLC and Nicholas Hiersche, copies of which are attached hereto.

Respectfully submitted this 26th day of February 2026,

                                                   s/ Patrick Brooks LaRou
                                                   Brian H. Pollock, Esq. (174742)
                                                   brian@fairlawattorney.com
                                                   Patrick Brooks LaRou, Esq. (1039018)
                                                   brooks@fairlawattorney.com
                                                   FAIRLAW FIRM
                                                   135 San Lorenzo Avenue, Suite 770
                                                   Coral Gables, Florida 33146
                                                   Telephone: (305) 230-4884
                                                   *Counsel for Plaintiff*