UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA


CASE NO.: 1:26-CV-20654-WILLIAMS/LETT


NIKKI CHICHI GODWIN,

     Plaintiff,

vs.

MORTGAGE CALCULATOR
COMPANY LLC and
NICHOLAS HIERSCHE,


     Defendants.

_____/


## <u>NOTICE OF APPEARANCE AS COUNSEL</u>

The undersigned hereby enters his appearance as attorney of record on behalf of the

Defendants in the above-style action and requests that copies of all pleading, notices, orders and

other papers filed herein be served upon:

JORGE ZAMORA JR.
GUNSTER, YOAKLEY & STEWART, P.A.
600 Brickell Avenue, Suite 3500
Miami, FL 33131
Primary: jzamora@gunster.com
Secondary: dusuga@gunster.com
Secondary: eservice@gunster.com


Dated this 3rd of April, 2026.

/s/ *Jorge Zamora, Jr.*
Jorge Zamora, Jr.
Florida Bar No. 94713
Primary Email: jzamora@gunster.com
Secondary Email: dusuga@gunster.com
Gunster, Yoakley & Stewart, P.A.
600 Brickell Avenue, Suite 3500
Miami, Florida 33131

1

ACTIVE:39554244.1

Telephone: (305) 376-6000
Facsimile: (305) 376-6010

*Attorneys for the Defendants*


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 3rd day of April, 2026, a true and correct copy of the

foregoing document has been served on all counsel of record via the Court's CM/ECF System.


/s/ *Jorge Zamora, Jr.*
Jorge Zamora, Jr.
Florida Bar No. 94713
Primary Email: jzamora@gunster.com
Secondary Email: dusuga@gunster.com
Gunster, Yoakley & Stewart, P.A.
600 Brickell Avenue, Suite 3500
Miami, Florida 33131
Telephone: (305) 376-6000
Facsimile: (305) 376-6010

2

ACTIVE:39554244.1