UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:26-CV-20654-WILLIAMS/LETT

NIKKI CHICHI GODWIN,

      Plaintiff,

vs.

MORTGAGE CALCULATOR
COMPANY LLC and
NICHOLAS HIERSCHE,

      Defendants.

_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiff, Nikki ChiChi Godwin, and Defendants, Mortgage Calculator Company LLC and Nicholas Hiersche, (collectively, the "Parties") by and through their respective undersigned counsel, hereby notify the Court pursuant to S.D. Fla. Local Rule 16.4 that the Parties have settled the above captioned case and are in the process of drafting and executing their written Settlement Agreement.

Respectfully submitted this 3rd day of April 2026,

| | |
|---|---|
| s/ Patrick Brooks LaRou | s/ Jorge Zamora, Jr. |
| Brian H. Pollock, Esq. (174742) | Jorge Zamora, Jr., Esq. |
| brian@fairlawattorney.com | Florida Bar No. 94713 |
| Patrick Brooks LaRou, Esq. (1039018) | jzamora@gunster.com |
| brooks@fairlawattorney.com | GUNSTER, YOAKLEY |
| FAIRLAW FIRM | & STEWART, P.A. |
| 135 San Lorenzo Avenue, Suite 770 | 600 Brickell Avenue, Suite 3500 |
| Coral Gables, Florida 33146 | Miami, Florida 33131 |
| Telephone: (305) 230-4884 | Telephone: (305) 376-6000 |
| *Counsel for Plaintiff* | *Counsel for Defendants* |

1