UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:26-CV-20654-WILLIAMS/LETT

NIKKI CHICHI GODWIN,

      Plaintiff,

vs.

MORTGAGE CALCULATOR
COMPANY LLC and
NICHOLAS HIERSCHE,

      Defendants.

_____/

## ORDER GRANTING JOINT MOTION TO APPROVE FLSA SETTLEMENT AND STIPULATION OF DISMISSAL WITH PREJUDICE

THIS CAUSE came before the Court upon the parties' Joint Motion to Approve FLSA Settlement and Stipulation of Dismissal with Prejudice [ECF No. 13]. The Court has reviewed the Motion and the record, and is otherwise fully advised in the premises.

The Court finds that the settlement is a fair and reasonable resolution of a bona fide dispute under the Fair Labor Standards Act. Plaintiff will receive $12,404.20 in wages and damages, and Plaintiff's counsel will receive $12,595.80 in separately negotiated attorneys' fees and costs. The attorneys' fees and costs are also fair and reasonable and were negotiated separately without affecting Plaintiff's FLSA recovery.

Accordingly, it is **ORDERED AND ADJUDGED** that:

1.     The Joint Motion [ECF No. 13] is **GRANTED** and the Settlement Agreement is **APPROVED**.

2.     This action is **DISMISSED WITH PREJUDICE**, with each party to bear its own costs and fees except as provided in the Settlement Agreement.

3.      The Court retains jurisdiction for forty-five (45) days to enforce the terms of the Settlement Agreement.

4.      The Clerk is directed to **CLOSE THIS CASE**.

**DONE AND ORDERED** in Miami, Florida on this _____ day of May 2026.

_____
KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE

Copies to:
*Designated U.S. Magistrate Judge*
*Counsel of record by CM/ECF*